## Richmond

O'WIGHTON DELK SIMPSON, ETC. v. JOAN S. MAHAN, EXECUTIVE
SECRETARY OF THE STATE BOARD OF ELECTIONS, ET AL.

November 29, 1971.

Record No. 7761.

Present, All the Justices.

*L. David Lindauer*, for petitioner.

*Anthony F. Troy, Assistant Attorney General (Andrew P. Miller,
Attorney General; Vann H. Lefcoe, Assistant Attorney General*, on
brief), for respondents.

Per Curiam.

Petitioner O'Wighton Delk Simpson alleges that the Fourth Congressional District of Virginia, as established by the Redistricting Act of 1971, Va. Acts of Assembly 1971, ch. 118, Va. Code § 24.1-4.1 (Supp. 1971), does not consist of compact and contiguous territory as required by the Constitutions of the United States and the State of Virginia. Consequently, he alleges, the Redistricting Act is unconstitutional and Representatives cannot be legally elected from the ten districts fixed by the Act. Simpson prays that we issue a peremptory writ of mandamus requiring the State Board of Elections to certify Congressional candidates only for election at large from the State of Virginia.

An Act of Congress enacted in 1967 requires that each state establish a number of districts equal to the number of Congressional Representatives to which such state is entitled, and that "Representatives shall be elected only from districts so established. . .". 2 U.S.C. § 2c.

So we cannot legally issue the writ Simpson prays for. Accordingly, the writ is denied. *See Davis* v. *Dusch*, 205 Va. 676, 139 S.E.2d 25 (1964).

*Writ denied.*